ACCEPTED
200674892
FIRST COURT OF APPEALS
HOUSTON, TEXAS
2/12/2015 4:17:01 PM
CHRISTOPHER PRIN
CLERK

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
2/12/2015 4:17:01 PM
CHRISTOPHER A. PRINE
Clerk

## NO. 01-14-00740-CV

| | | |
|---|---|---|
| | § | **IN THE COURT OF APPEALS,** |
| | § | |
| **IN RE ZAMICK TANNARPATIA** | § | **FOR THE FIRST CIRCUIT** |
| **MILHOUSE** | § | **DISTRICT** |
| | § | |
| | § | **HOUSTON, TEXAS** |

### RELATOR'S MOTION FOR TEMPORARY RELIEF

This motion for Temporary Relief is brought by Zamick Tannarpatia Milhouse, who shows in support:

1. Relator may file his Petition for Writ of Mandamus concurrently with this Motion for Temporary Relief. Relator certifies that on February 12, 2015, he notified the respondent, the real party in interest, and Amicus Attorney Barbara Stalder by fax that a motion for temporary relief would be filed. Tex. R. App. P. 52.10(a).

2. The Court may grant temporary relief pending its determination of an original proceeding. Tex. R. App. P. 52.10(b). This emergency stay is necessary to maintain the status quo of the parties and to preserve the Court's jurisdiction to consider the merits of the original proceeding. *See In re Reed*, 901 S.W.2d 604, 609 (Tex. App.-San Antonio 1995)(orig. Proceeding).

3. Respondent should be ordered to pay child support and continue supervised visitation during the appeal process. Children should be kept in the